AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number:

I, Anne Sullivan, charged in a (complaint) (petition) pending in this District with felon in poss. of a firearm in violation of Title 18, U.S.C., 922(g)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Anne E. Sullivan

*Defendant*

1-30-08

*Date*

Mary S. McElroy

*Counsel for Defendant*