AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

RECEIVED
U.S. MARSHALS SERVICE
JAN 28 2008
District of Rhode Island

UNITED STATES OF AMERICA

V.

ANNE SULLIVAN
95 Roosevelt Street, Warwick, RI

## WARRANT FOR ARREST

Case Number: 1:08-MJ-13M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANNE SULLIVAN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

being a felon in possession of a firearm

in violation of Title 18 United States Code, Section(s) 922 (g)(1)

David L. Martin
Name of Issuing Officer

David L Martin
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

1-28-08 Providence, RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/28/2008 | CJ Wyant<br>SDUSM | [signature] |
| DATE OF ARREST<br>01/30/2008 | | |